# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:     KAREN DENISE ANTHONY                                                                                  Chapter 13
            ANTHONY GERARD WILSON                                                       Case No.: 06-71268-FJS

                  Debtors

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| WORLDWIDE ASSET PURCHASING LLC<br>C/O WEST ASSET MANAGEMENT INC<br>PO BOX 672047<br>MARIETTA, GA 30006 | $35.52 |

Date: September 09, 2011                                                                     /s/ Michael P. Cotter

                                                                                                          Michael P. Cotter
                                                                                                          Chapter 13 Standing Trustee
                                                                                                          870 Greenbrier Circle, Suite 402
                                                                                                          Chesapeake, VA  23320
                                                                                                          (757) 961-3000